**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMMIE BURKS, <br> On behalf of himself and other similarly <br> situated persons, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> KENNICOTT BROS. COMPANY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 17-cv-03619 <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TOMMIE BURKS and Defendant KENNICOTT BROS. COMPANY, INC. hereby stipulate to the voluntary dismissal of the above-captioned case in its entirety, with prejudice and with each party to bear its or his own costs, expenses, and attorney's fees.

Dated: February 9, 2018                                Respectfully submitted,

**KENNICOTT BROS. COMPANY, INC.**            **TOMMIE BURKS**

By:  /s/ James F. Hendricks, Jr.                    By:  /s John Billhorn
      One of Its Attorneys                                    One of Its Attorneys

      James F. Hendricks, Jr.                               John Billhorn
      FREEBORN & PETERS LLP                        Billhorn Law Firm
      311 South Wacker Dr., Ste. 3000                55 W. Jackson Blvd., Ste. 840
      Chicago, Illinois 60606                               Chicago, IL 60604
      Tel: (312) 360-6000                                    Tel.: (312) 853-2450
      jhendricks@freeborn.com                          jbillhorn@billhornlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2018, I caused the **Stipulation of Dismissal with Prejudice** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the attorneys of record.

s/ James F. Hendricks, Jr.
*Counsel for Defendant*

4317797v1/32215-0001